AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

Ihab, Nadhim
_Petitioner_

v.

Kelley Beckhelm
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. **'23 CV0746 RSH AHG**
(Supplied by Clerk of Court)

FILED
Apr 19 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ shellyyeager  DEPUTY

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Ihab Kifah Nadhim
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: Otay Mesa Detention Center
   (b) Address: 7488 Calzada De La Fuente, San Diego, CA 92154
   (c) Your identification number: 212254886

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☒ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☒ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: DHS San Diego, CA 92154
   (b) Docket number, case number, or opinion number: #212254886
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: My proloned detention, with No date of my deportation in the Near forsebable future.
   (d) Date of the decision or action: 1/17/2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: ICE
       (2) Date of filing: 3/8/2023
       (3) Docket number, case number, or opinion number: #212254886
       (4) Result: Denial of release
       (5) Date of result: 3/12/2023
       (6) Issues raised: Because of broken diplomacy with IRAQ and iraq currently at war with a terroist group's "ISIS" also iraq is Not accepting anyone special the one's with a Criminal history also iraq is Not providing my travel document's, ICE is unable to deport me anytime in the near future, I've asked to be released untill deportations to IRAQ resume.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

(a) If "Yes," provide:
(1) Name of the authority, agency, or court: _____
(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *all my appeals go directly to my deportation officer.*

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: _____
(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: *ICE is the only authority with power to make decision to release me or to hold me in custody.*

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I have a final order of removal as of 1/17/2023 and ICE or federal Judge are the only ones that can release me from immigration custody.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes   ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 9/25/2022
(b) Date of the removal or reinstatement order: 1/17/2023
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I've been held for over 90 day's after a final order of removal. If ICE can not deport me in the near future, they should release me.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have a final order of removal as of 1/17/2023. I've been in detention for over 90 day's with no date of my deportation in the near future.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: Order my release From ICE Custody Thank you.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 4/16/2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/16/2023

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

An official website of the United States government
Here's how you know



**The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

**The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.



U.S. Immigration and Customs Enforcement

Call **1-866-DHS-2-ICE**
Report Crime

ICE    REMOVE



Visa Sanctions Against M... ...es Pursuant to Section 243(d) of the Immig... an... Nationality Act

# Repatriation of Noncitizens Subject to Final Orders of Removal

U.S. Immigration and Customs Enforcement (ICE) works timely to remove undocumented noncitizens from the United States once they are subject to a final order of removal.

The U.S. Government requests that foreign governments take appropriate steps to confirm the citizenship of migrants suspected to be their nationals, including by conducting interviews where necessary; the timely issuance of travel documents, where appropriate; and accepting the physical return of their nationals by

scheduled commercial flights or, where necessary, special charter flights. Any lack of cooperation from the nation of origin delays, and in many cases, inhibits the removal process. Such uncooperative countries are also known as recalcitrant.

# Recalcitrant Countries

Factors that could lead to a country being classified as recalcitrant include hindering ICE's removal efforts by refusing to allow charter removal flights into the country, and denials or delays in issuing travel documents, such as passports.

# Zadvydas v. Davis

The failure of foreign governments to accept the return of their nationals has resulted in unnecessary detention costs and has required the release of dangerous criminal noncitizens into the general population. Uncooperative countries significantly exacerbate the challenges presented to ICE by the U.S. Supreme Court's decision in *Zadvydas v. Davis*, 533 U.S. 678 (2001).


- After *Zadvydas*, with narrow exceptions, noncitizens with final orders of removal, including noncitizens determined to pose a threat to the community or considered a flight risk, may not be detained beyond a presumptively reasonable period of 6 months if there is no "significant likelihood of removal in the reasonably foreseeable future."


- Because of delays in travel document issuance or refusals by foreign governments to issue travel documents for the repatriation of their nationals, ICE has been legally required to release thousands of noncitizens, including those with serious criminal convictions.

# Visa Sanctions

Pursuant to authority under Section 243(d) of the Immigration and Nationality Act (INA), the Secretary of Homeland Security previously notified the Secretary of State that multiple governments have denied or unreasonably delayed accepting their nationals ordered removed from the United States. As a result, the Secretary of State has ordered consular officers in these countries to implement visa restrictions on certain categories of visa applicants, determined on a country-by-country basis. These sanctions remained or will remain in place until the Secretary of Homeland Security notifies the Secretary of State that cooperation on removals has improved to an acceptable level.

Visa sanctions have been previously invoked against the following countries: Guyana in 2001, The Gambia in 2016, Cambodia, Eritrea, Guinea, and Sierra Leone in 2017, Burma and Laos in 2018, Cuba, Ghana and Pakistan in 2019, Burundi, China, and Ethiopia in 2020. Visa sanctions have since been lifted against Burundi, Ethiopia, Ghana, Guyana, Guinea, The Gambia, and reduced visa sanctions for Laos and Sierra Leone.

Updated: 08/17/2022

## ADDRESS

500 12th St SW
Washington, DC 20536

Report Crimes: Call 1-866-DHS-2-ICE

## RELATED INFORMATION

DHS Announces Implementation of Visa Sanctions on Four Countries

Presidential EO No. 13768, Enhancing Public Safety in the Interior of the United States (Jan. 25, 2017)

**About Us**

**Immigration Enforcement**

**Combating Transnational Crime**

**Newsroom**



U.S. Immigration and Customs Enforcement

## ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE

ICE.gov

**An official website of the U.S. Department of Homeland Security**

About ICE

Accessibility

FOIA Requests

Privacy Policy

DHS.gov

Archive

No FEAR Act Data

Site Links

Performance Reports

Inspector General

The White House

DHS Components

USA.gov

# National Terrorism Advisory System

Ihab Nadhim A#212-254-886
Unit#M 206L
P.O box 439049
San Diego, CA 92143





U.S. District Court Southern
district of California
333 W Broadway #420
San Diego, CA 92101

Legal Mail



CoreCivic
Otay Mesa Detention Center
This f... is not res... ible for the
substance/contents o...

Legal Mail